**Order filed March 18, 2021**



## In The

# Eleventh Court of Appeals

_____

## No. 11-20-00071-CV

_____

## LANCE WALTER KING, Appellant

## V.

## BRIA ALEXIS KING, Appellee

**On Appeal from the 318th District Court**
**Midland County, Texas**
**Trial Court Cause No. FM66022**

### O R D E R

This appeal has again become unduly stalled due to the actions of Appellant, Lance Walter King—the most recent of such actions is his failure to file an appellate brief. This appeal has been pending in this court since February 28, 2020, the date that Appellant filed his pro se notice of appeal. After various delays related to Appellant's failures regarding the filing of the appellate record, this court ordered the appeal to be submitted on the clerk's record alone and set November 23, 2020, as the original due date for Appellant's brief. We subsequently granted two

extensions of time based upon Appellant's motions for extension of time in which to file his brief. Upon granting in part Appellant's second motion for extension, this court informed Appellant that his brief was due on or before February 22, 2021. We also informed Appellant that further motions for extension of time would be disfavored. As of this date, Appellant's brief has not yet been filed.

On this court's own motion, we are granting Appellant one final extension of time. By this order, Lance Walter King is directed to file his appellate brief in this court on or before **Thursday, April 1, 2021**. If Appellant's brief is not filed in this court by that date, this appeal **will be dismissed for want of prosecution**. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b), (c).

PER CURIAM

March 18, 2021

Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.